# CRIMINAL MINUTE SHEET
## SENTENCING

Date 06/25/09 ☐ Non-Public Document  Case No. 08CR293-01-D
                                      Interpreter Chandler Thompson
Time 8:43 - 9:10 am                   Int. Phone (575) 528-1420

## USA vs. ABDON MELERO-VEGA

| William F. Downes | Tiffany Dyer | Richard Mattson | Kate Williamson | Hoose/Ramsey |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

APPEARANCES  Government  TODD SHUGART

Defendant  ERIC J PALEN

☑ CJA  ☐ FPD  ☐ RET  ☐ WAIVED

☑ Defendant acknowledges having read presentence report
☐ Defendant's objections to presentence report
    ☐ Court denies objections to presentence report  ☐ Court grants objections to presentence report
    no objections filed that would affect the application of the advisory guidelines; the Court will accept the recommendation of the USPO

☐ Witness(es) _____

☐ Government to move for departure within 1 year of sentencing
☐ Witness(es) _____

### SENTENCING INFORMATION
☑ Defendant is committed to custody
    For a period of  46  Months  as to Count(s) as to count 1 and 6 months as to count 3 to be served concurrently

    ☐ Sentence shall be served concurrent to _____
    ☐ Defendant is sentenced to time served
☑ Upon release from custody, the defendant shall be on **supervised release**
    For a period of  5  years  as to Count 1

    ☐ Supervised Release shall be served consecutive to _____
    ☐ No term of supervised released imposed, defendant to be deported upon release from confinement
    ☐ Defendant is placed on **probation** for a period of _____ Months

### CONDITIONS OF PROBATION/SUPERVISED RELEASE

☑ Obey all laws, Federal, State & Local  ☑ Report to Probation w/in 72 hours of release
☑ Abide by the standard conditions of supervision  ☐ Provide complete financial disclosure as directed
☐ Home confinement for a period of _____  ☐ Electronic monitoring as directed by Probation
☑ Not use or possess firearms/ammunition/explosives  ☑ Not use or possess controlled substances/drugs
☐ Not purchase, use or possess alcohol/not frequent places where alcohol is bought, sold or dispensed  ☐ Not open new lines of credit or incur new debt
      ☐ Submit to addt'l drug/alcohol testing and treatment
☑ Submit to mandatory drug testing (w/in 15 days of release)  ☐ Mandatory drug testing is waived
☐ Notify Probation of change in economic circumstance  ☑ DNA collection
☐ Notify employers of conviction
☑ Other
    The defendant is prohibited from entering the United States illegally and shall be deported upon release from imprisonment

SENTENCING MINUTE SHEET - PAGE 2

**MONETARY IMPOSITIONS**

[✓] Defendant shall pay **special assessment(s)** in the amount of $ 110.00 as to Count(s) 1 and 3
   for a **total** of $ 110.00
[✓] Special assessment is due and payable immediately
[✓] Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
[ ] Special assessment shall be paid in monthly installments of at least $ _____ during the term of supervision

[ ] Defendant shall pay a **fine** in the amount of $ _____ as to Count(s) _____
   for a **total** of $ _____
[ ] Fine is due and payable immediately
[ ] Fine shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
[ ] Fine shall be paid in monthly installments of at least $ _____ during the term of supervision
[ ] Fine shall be paid jointly and severally with _____
[✓] Fine is waived due to inability to pay

[ ] Defendant shall make **restitution** in the amount of $ _____ as to Count(s) _____
   for a **total** of $ _____
[ ] Restitution is due and payable immediately
[ ] Restitution shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
[ ] Restitution shall be paid in monthly installments of at least $ _____ during the time of supervision
[ ] Restitution shall be paid jointly and severally with _____
[ ] Other restitution information
   _____
   _____

[ ] Interest requirement for fine/restitution/special assessment is waived

[✓] Defendant is **remanded** to custody of US Marshal
[ ] Defendant shall **surrender** to designated prison on/before _____ at _____ AM
[ ] Defendant shall **report** to institution as directed by Probation

[✓] Court **recommends placement** at
   a Bureau of Prison's Facility located at Englewood or Florence CO
   _____

[ ] Court recommends defendant participate in the Bureau of Prison's 500-hour Intensive Drug Treatment Program
[ ] Court recommends defendant participate in substance abuse treatment while incarcerated
[✓] Defendant advised of right to appeal          [ ] Defendant waives right to appeal
[ ] Defendant shall forfeit the following property
   _____
   _____

[✓] Count(s) 2 _____ of the Indictment **dismissed** on the motion of the United States

Other
letters on behalf of the defendant appended to the record at the directive of the Court
Carolina Melero; defendant's daughter spoke on behalf of the defendant
_____
_____
_____
_____